# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

155845(114)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* R.J.K. TIMON, Minor.

SC: 155845
COA: 333788
Wayne CC Family Division:
    13-512300-NA

_____/

     On order of the Chief Justice, the motion of the Legal Services Association of Michigan and the Michigan State Planning Body for Legal Services to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before July 19, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk